**Order entered August 10, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01404-CR

**JOHN CHRISTOPHER CORTES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80573-2013**

## ORDER

Appellant's August 4, 2016 second motion to extend the time to file his brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **August 16, 2016**. Appellant's brief was originally due on April 28, 2016. This case has already been abated once to the trial court for a hearing on the failure to timely file appellant's brief. Accordingly, if appellant's brief is not filed by **August 16, 2016**, the Court will order counsel's removal as counsel of record and for the trial court to appoint new counsel to represent appellant.

The Clerk is **DIRECTED** to transmit a copy of this order to the Honorable John Roach, Jr., presiding judge, 296th Judicial District Court, and to counsel for the parties.

/s/    LANA MYERS
        JUSTICE